IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOURCE, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2-05CV-364 TJW |
| | § | |
| | § | Jury Demanded |
| vs. | § | |
| | § | The Honorable T. John Ward |
| | § | United States District Judge |
| AMERICAN EXPRESS COMPANY, | § | |
| | § | |
| Defendant. | § | |

## SOURCE, INC.'S NOTICE OF DISCLOSURE

Plaintiff Source, Inc. hereby notifies the Court that it has complied with the Court's Amended Discovery Order, paragraph 1, by serving Source Inc.'s Initial Disclosures Under The Amended Discovery Order upon Defendant American Express Company.

                                                      Respectfully submitted,

Date:  September 8, 2006          /s/ B. Todd Patterson
                                              B. Todd Patterson, Lead Attorney
                                              Texas Bar No. 00789537
                                              Henry M. Pogorzelski
                                              Texas Bar No. 24007852
                                              PATTERSON & SHERIDAN, LLP.
                                              3040 Post Oak Blvd., Suite 1500
                                              Houston, TX 77056
                                              Telephone:  (713) 623-4844
                                              Facsimile:  (713) 623-4846

                                              Deborah J. Race
                                              Texas Bar No. 16448700
                                              IRELAND, CARROLL & KELLEY, P.C.
                                              6101 S. Broadway, Suite 500

        Tyler, TX  75703
        Telephone:  (903) 561-1600
        Facsimile:  (903) 581-1071

        ATTORNEYS FOR PLAINTIFF,
        SOURCE, INC.

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this pleading was served on all counsel who has consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail, on this the 8th day of September, 2006.

        /s/ Diana L. Dimas